UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/12/2020

------------------------------------------------------------- X
ANTOINE MATTHEWS,

                           Plaintiff,    **ORDER**

-v.-

                                       15 Civ. 3922 (AKH)

HEWLETT-PACKARD COMPANY,

                           Defendant.
------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

        For the reasons stated on the record at the conference held on February 11, 2020, claims 4, 5, 6, and 9 of Plaintiff's Complaint are hereby dismissed, without costs, and without prejudice to any other outstanding claim.

        SO ORDERED.

Dated:    February 12, 2020
              New York, New York

                                                    ALVIN K. HELLERSTEIN
                                                    United States District Judge