UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

Antoine Matthews,

                Plaintiff,                15 CIVIL 3922 (AKH)

    -against-                          **JUDGMENT**

Hewlett Packard

                Defendant.

------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a six day Jury Trial before the Honorable Alvin K. Hellerstein, United States District Judge, the jury having returned a verdict in favor of Defendant, and the Complaint is hereby dismissed.

DATED: New York, New York
            April 2, 2020

                                                      **RUBY J. KRAJICK**

So Ordered:                                     Clerk of Court

                                          BY:

_____                _____
    U.S.D.J.                                                Deputy Clerk